FILED

DEC 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **SUPERSEDING** |
| | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) JUDGE SARA LIOI |
| v. | ) |
| | ) CASE NO.  5:21CR708 |
| MATHEW M. SINGLETON, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about April 18, 2021, in the Northern District of Ohio, Eastern Division, Defendant MATHEW M. SINGLETON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about October 23, 2015, in case number 2014-09-2780, in the Court of Common Pleas of Summit County, Ohio, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Taurus model G3, 9mm semiautomatic pistol, bearing serial number ACB589978, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

2. On or about September 21, 2021, in the Northern District of Ohio, Eastern Division, Defendant MATHEW M. SINGLETON, knowing he had been previously convicted of

a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about October 23, 2015, in case number 2014-09-2780, in the Court of Common Pleas of Summit County, Ohio, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Kel Tec model P11, 9mm semiautomatic pistol, bearing serial number 113777, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant MATHEW M. SINGLETON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 and 2; including, but not limited to, the following:

   a. a Taurus model G3, 9mm semiautomatic pistol, bearing serial number ACB589978, and ammunition; and

   b. a Kel Tec model P11, 9mm semiautomatic pistol, bearing serial number 113777.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.